
# White and Williams LLP

**Tanya A. Salgado**

1650 Market Street | One Liberty Place, Suite 1800 | Philadelphia, PA 19103-7395
Direct 215.864.6368 | Fax 215.789.7671
salgadot@whiteandwilliams.com | whiteandwilliams.com

*VIA ELECTRONIC CASE FILING*

June 13, 2012

The Honorable John E. Jones III
United States District Court
Middle District of Pennsylvania
Federal Building & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17108

    Re:    **Mohamad Nouri v. The Pennsylvania State University**
            **Docket No. 10-cv-934**

Dear Judge Jones:

I write pursuant to this Court's Order dated June 8, 2012 (Document No. 69), which directs Defendants' counsel to file a letter on the docket advising the Court whether the discovery dispute has been resolved.

I am pleased to report that the discovery dispute has been resolved. Plaintiff's counsel has agreed to provide the requested discovery at issue in Defendant's Motion to Compel(Document No. 65), subject to a mutually acceptable confidentiality agreement.

In addition, with regard to the Motion to Continue Trial Term (Document No. 66), the parties have agreed to an extension of the trial term by 75 days.

Respectfully,

WHITE AND WILLIAMS LLP

*Tanya A. Salgado*

Tanya A. Salgado

cc: Maria Janoski, Esq. (*via ECF*)