IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOHAMAD NOURI, | : | 10-cv-934 |
| | : | |
| Plaintiff, | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| PENNSYLVANIA STATE UNIVERSITY, | : | |
| RODNEY ERICKSON, MARY HINES, | : | |
| JEFFREY SENESE, GARY MULLEN, | : | |
| ROBERT SECOR, MARTY SLANN, and | : | |
| JAMES HORNE, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**June 14, 2012**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On June 8, 2012, the Court conducted a telephone conference call with counsel for Plaintiff and counsel for Defendants regarding Defendants' Motion to Compel Discovery, (doc. 65), and the related Motion to Continue Trial Term. (Doc. 66). As the parties indicated that they would benefit from a period of time in which to reach a resolution of the underlying dispute prior to reactivating the motion to compel, we granted the parties five (5) days to discuss this issue.

In accordance with our June 8, 2012 order, Defendants' counsel filed a letter on the docket on June 13, 2012, (doc. 70), advising the Court that the parties had reached an amicable resolution of the dispute outlined in the pending motion to

compel. In addition, Defendants' counsel also informed the Court that the parties had agreed to an extension of the trial term by seventy-five (75) days. Therefore, we shall grant the motion to compel to the extent of the parties' agreement as reflected in the above-referenced letter. Regarding Defendants' motion to continue the trial term, because the requested extension of seventy-five (75) days does not coincide with an established trial term on the Court's calendar, we shall grant the motion to the extent that the case shall be placed on the next appropriate trial term following the agreed upon seventy-five (75) day continuance.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion to Compel Discovery (Doc. 65) is **GRANTED** to the extent of the parties' agreement as indicated in their June 13, 2012 letter to the Court.

2. Defendants' Motion to Continue Trial Term (Doc. 66) is **GRANTED** and the case is placed on the March 2013 trial term with the corresponding case management dates to apply:

    September 28, 2012    Discovery deadline

    November 1, 2012 Dispositive motions deadline

    February 1, 2013    Final Pretrial Conference

    March 4, 2013    Jury selection at 9:30 a.m.

s/ John E. Jones III
John E. Jones III
United States District Judge