# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOHAMAD NOURI, | : | No.: 4:10-CV-0934 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| PENNSYLVANIA STATE UNIVERSITY, | : | |
| Defendant. | : | |

## ORDER

And now, this 27th day of June 2017, there being no objections to the well-researched and thorough report and recommendation of the magistrate judge, **IT IS HEREBY ORDERED** that

1. Magistrate Judge Joseph F. Saporito, Jr.'s April 12, 2017 Report and Recommendation, ECF No. 130, is ADOPTED in full.

2. Plaintiff's appeal in opposition to the Clerk of Courts taxation of costs is DENIED.

3. Plaintiff must comply with the Clerk of Courts January 4, 2016 Order of taxation of costs. ECF No. 123.

4. The Clerk of Courts is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge